**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| ANGELLA EVERETT, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00150-O-BP |
| | § | |
| NOVO PLATFORM INC., | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On February 12, 2026, *pro se* Plaintiff Angella Everett filed a complaint against Defendant Novo Platform Inc. ECF No. 1.  Because she paid the filing fee, Everett is now responsible for serving Defendant with a summons and a copy of the complaint in this case as provided by Rule 4(c) of the Federal Rules of Civil Procedure. If she does not serve Defendant within 90 days after the filing of the complaint, the action is subject to dismissal without prejudice. *See* Fed. R. Civ. P. 4(m). In addition, Fed. R. Civ. P. 4(l) requires Everett to file proof of service with the Court unless Defendant waives service.  This proof must consist of "the server's affidavit" if service was not effected by the United States Marshal or a deputy marshal. *Id.* If Everett does not file a valid return of service or otherwise show that she properly served Defendant, the Court may dismiss this case.

The Court also cautions Everett that she cannot serve the summons and complaint on Defendant herself. "Any person who is at least 18 years old and *not a party* may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2) (emphasis added).

If she has not already done so, the Clerk of the Court shall send a summons form for the defendant and a copy of Fed. R. Civ. P. 4 to Everett.

It is so **ORDERED** on February 17, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE