IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELLA EVERETT, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00150-O-BP |
| | § | |
| NOVO PLATFORM INC., | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court are the Motion to Dismiss, Brief in Support, and Appendix in Support that Defendant Novo Platform Inc. filed on May 20, 2026. ECF Nos. 7-9. Angella Everett ("Ms. Everett") shall file her response to the Motion on or before **June 11, 2026**. Also by that date, Ms. Everett shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically Rule 7.1(d) and Rule 7.2 (which require that certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules. The Court cautions Ms. Everett that failure to file a response by **June 11, 2026**, may result in a ruling on the Motion without her response.

It is so **ORDERED** on May 21, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE