**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ANGELLA EVERETT<br>PLAINTIFF | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 4:26-cv-150-0 |
| NOVO PLATFORM INC.,<br>DEFENDANT | §<br>§<br>§<br>§ | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Defendant Novo Platform Inc. ("Defendant" or "Novo") files this response to Plaintiff's motion for leave to file a sur-reply to Defendant's reply brief on its motion to dismiss and respectfully shows the Court as follows.

Novo's reply brief was based on Plaintiff's own admissions and exhibits which are appropriate for the Court's consideration by judicial notice. No Rule 12(d) conversion is triggered here.

The dates at issue in Novo's reply brief are derived from from Plaintiff's own opposition materials—Plaintiff's declaration confirming she received the Notice of Right to Sue on August 18, 2025 (correcting the complaint's "on or about August 19–20" statement) and her attached Notice of Right to Sue email, plus Plaintiff's exhibit establishing that the Clerk received the First Action complaint on November 19, 2025. Thus, the USPS tracking record citation does not convert Novo's briefing into a Rule 12(d) motion because the November 19 court-receipt date is established by Plaintiff's own sworn declaration, her own exhibit (the signed return-receipt card), and the deemed-filed-on-receipt rule.

Moreover, because the dispositive point raised in Novo's reply brief is a purely legal

question that can be resolved on the existing record, no sur-reply is needed. However, Novo does

not oppose a narrowly limited sur-reply confined to the First Action timeliness issue.


Respectfully submitted,

/s/ *Sara K. Harris*
Sara K. Harris
State Bar No. 24077389
Lauren Azopardi
State Bar No. 24115877
JACKSON WALKER LLP
777 Main Street, Ste. 2100
Fort Worth, Texas 76102-5360
Telephone – 817-334-7294
sharris@jw.com
lazopardi@jw.com
**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

This is to certify that on July 16, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court and served Plaintiff, pro se, as follows:

Angella Everett                                    Aevere04@gmail.Com
Plaintiff Pro Se
1209 N. Saginaw Blvd. Ste G #145
Saginaw, Texas 76179


/s/ *Sara K. Harris*
Sara K. Harris

DEFENDANT'S RESPONSE TO MOTION FOR LEAVE
55811059