**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| ANGELLA EVERETT<br>PLAINTIFF | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-150-0 |
| NOVO PLATFORM INC.,<br>DEFENDANT | §<br>§<br>§<br>§ | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Novo Platform Inc. ("Defendant" or "Novo") files this motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Defendant respectfully asks the Court to dismiss Plaintiff Angella Everett's First Amended Complaint (the " AmendedComplaint").

1. Everett's Complaint asserts claims for disability discrimination, failure to accommodate, and retaliation under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. (the "ADA"), and Chapter 21 of the Texas Labor Code. Everett's ADA and Texas Labor Code claims should be dismissed under Federal Rule of Civil Procedure 12(b)(6), as further addressed in Defendant's brief in support of this motion, because:

A. Everett's ADA claims are barred by the ADA's 90-day statute of limitations to file suit and the Amended Complaint fails to plausibly plead any basis for equitable toling.

B. Everett failed to timely file a charge of discrimination with respect to her Texas Labor Code claims based on events that occurred before January 25, 2024. Because those claims are unexhausted and time barred, they should be dismissed with prejudice.

D. Everett failed to exhaust administrative remedies on her Texas Labor Code claims based on events that occurred July 24, 2024 or later. Due to the 180-day limitations period

for filing a charge with the EEOC or the Texas Workforce Commission Civil Rights Division on state law claims, these claims are now time barred and should be dismissed with prejudice.

E. To the extent Everett's Texas Labor Code claims are not barred as unexhausted and untimely, the Court should decline to exercise supplemental jurisdiction.

For the reasons stated here and in Novo's supporting brief, Novo requests that Everett's ADA and Texas Labor Code claims be dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state any claim upon which relief may be granted, and that Defendant be awarded any such and other relief to which it may be entitled, both at law and in equity.

Respectfully submitted,

/s/ *Sara K. Harris*
Sara K. Harris
State Bar No. 24077389
Lauren Azopardi
State Bar No. 24115877
JACKSON WALKER LLP
777 Main Street, Ste. 2100
Fort Worth, Texas 76102-5360
Telephone – 817-334-7294
sharris@jw.com
lazopardi@jw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on August 25, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which will send notification of such filing to the following:

Angella Everett
Plaintiff Pro Se
1209 N. Saginaw Blvd. Ste G #145
Saginaw, Texas 76179

*/s/ Sara K. Harris*
Sara K. Harris