**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ANGELLA EVERETT<br>PLAINTIFF | §<br>§ | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-150-0 |
| | § | |
| NOVO PLATFORM INC.,<br>DEFENDANT | §<br>§ | |
| | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

The Court has considered Defendant Novo Platform Inc.'s Motion to Dismiss Plaintiff's Original Complaint under Federal Rule of Civil Procedure 12(b)(6). Having reviewed Defendant's motion, the response, any briefing and attachments thereto, and the pleadings on file, the Court is of the opinion that Plaintiff Angella Everett has failed to state a claim to relief that is plausible on its face.

It is therefore ordered that Defendant's Motion to Dismiss is granted in its entirety.

It is further ordered that Plaintiff's Americans with Disabilities Act and Texas Labor Code claims are dismissed *with prejudice* because the Court finds that any amendment would be futile.

SIGNED this _____ day of _________________, 2026.

________________________________________
UNITED STATES DISTRICT JUDGE